CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Sandra Meza-Casillas<br>DOB: 1974; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-00535MJ |

Complaint for violation of Title 18, United States Code, Section 111(a) and Title 8, United States Code, Section 1326(b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**Count 1**: On or about April 16, 2025, at or near Nogales, in the District of Arizona, **Sandra Meza-Casillas** did intentionally and forcibly assault United States Border Patrol Agent E.B., an agent of the United States as designated in section 18 U.S.C. § 1114, while Agent E.B. was engaged in, or on account of the performance of his official duties, by spraying pepper spray that made physical contact with Agent E.B., in violation of Title 18, United States Code, Section 111(a), a felony.

**Count 2**: On or about April 16, 2025, at or near Nogales, in the District of Arizona, **Sandra Meza-Casillas**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on December 14, 2012, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about April 16, 2025, at approximately 3:30pm, near Nogales, Arizona, United States Border Patrol Agent E.B., as part of his official duties, was attempting to apprehend an individual who had jumped over the international border fence ("IBF"). Agent E.B. found **Sandra Meza-Casillas** lying flat on her stomach on the border road. When Agent E.B. approached, **Meza-Casillas** started running eastbound along the IBF while two male subjects appeared to be guiding her from the south side of the IBF. After a brief foot pursuit, Agent E.B. reached **Meza-Casillas** and grabbed her shoulders to make an arrest. At that time, **Meza-Casillas** sprayed Agent E.B. with pepper spray, which made physical contact, causing Agent E.B. to feel a burning sensation on his left cheek.

**Meza-Casillas** is a citizen of Mexico. On December 14, 2012, **Meza-Casillas** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On April 16, 2025, **Meza-Casillas** was present in the United States without the proper immigration documents, and she had not obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Rui Wang* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>USBP Agent Andrew Carpenter |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 17, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54